UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION and CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; et al.,<br><br>Defendants - Appellees,<br><br>UNITED STATES BUREAU OF INDIAN AFFAIRS,<br><br>Defendant. | No. 26-4132<br><br>D.C. No.<br>2:26-cv-00061-SAB<br>Eastern District of Washington, Spokane<br><br>ORDER |

The Clerk is directed to temporarily close this court's docket for administrative purposes until December 22, 2026. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

On or before October 26, 2026, counsel for appellees are requested to contact the mediator (Jonathan_Westen@ca9.uscourts.gov) to report on the status of the case. Counsel are requested to include the Ninth Circuit case name and

number in the subject line.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator